DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of I.E.W., a child.

M.W.,

Petitioner,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Respondents.

No. 2D2025-3031

_____

January 16, 2026

Petition for Writ of Certiorari to the Circuit Court for Pinellas County;
Patrice W. Moore, Judge.

Ngozi C. Acholonu, Office of Criminal Conflict and Civil Regional
Counsel, Clearwater, for Petitioner.

Bruce Bartlett, State Attorney, and Leslie M. Layne, Assistant State
Attorney, Clearwater, for Respondent Department of Children and
Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee, for
Respondent Statewide Guardian ad Litem Office.

PER CURIAM.

Denied.

SILBERMAN, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.